United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRIED FARRELL NORMAN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>　　　　Defendants. | Case No. 22-cv-02627-JCS<br><br>**ORDER TO SHOW CAUSE** |

Plaintiff has filed a complaint in this action but has neither paid the filing fee nor filed an application to proceed in forma pauperis. Accordingly, Plaintiff is ordered to show cause why this case should not be dismissed for failure to pay the filing fee. If Plaintiff fails to file an application to proceed in forma pauperis or alternatively, to pay the filing fee, by **May 31, 2022**, this case will be reassigned to a district judge with the recommendation that the case be dismissed without prejudice for failure to pay the filing fee.

**IT IS SO ORDERED.**

Dated: May 2, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JOSEPH C. SPERO
Chief Magistrate Judge