UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRIED FARRELL NORMAN,<br><br>  Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>  Defendant. | Case No. 22-cv-02627-VC<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**<br><br>Re: Dkt. No. 9 |

The Court has reviewed Judge Spero's Report and Recommendation Re: Review under 28 U.S.C. Section 1915 and notes there are no objections to the Report. The Court adopts the Report in every respect. Accordingly, the complaint is dismissed with leave to amend. Any amended complaint must be filed within 14 days of this order. If no amended complaint is filed, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: July 25, 2022

VINCE CHHABRIA
United States District Judge