UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARRIED FARRELL NORMAN,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF INVESTIGATION, et al.,<br><br>        Defendants. | Case No. 22-cv-02627-VC<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 14 |

The deadline has passed for the plaintiff to file an amended complaint. *See* Dkt. No. 14. Accordingly, the case is dismissed with prejudice. The outstanding motion to transfer venue and motion for recusal are denied as moot. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 12, 2022

_____
VINCE CHHABRIA
United States District Judge