UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARRIED FARRELL NORMAN,

          Plaintiff,

    v.

FEDERAL BUREAU OF
INVESTIGATION, et al.,

          Defendant.

22-cv-02627-VC

**JUDGMENT**

The Court, having dismissed this case with prejudice, now enters judgment in favor of the defendant and against the plaintiff.  The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 12, 2022

_____

VINCE CHHABRIA
United States District Judge