# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# RELATED CASE ORDER

The court has reviewed the referral and determined that no cases are related and no reassignments shall occur.

Dated: December 9, 2022                              By: _____

Vince Chhabria, United States District Judge